IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LEMYRON BISHOP,

    Plaintiff,

v.                                                                 No. 2:24-cv-00363-DHU-JHR

OFFICE OF PERSONNEL MANAGEMENT, et al.,

    Defendants.

**MEMORANDUM OPINION AND ORDER OF DISMISSAL**

    Plaintiff, who is proceeding *pro se*, is a restricted filer. *See* Order Imposing Filing Restrictions, Doc. 10, filed November 10, 2021, in *Bishop v. DHS*, No. 2:21-cv-00887-JCH-KRS. The Court previously restricted Plaintiff from initiating future litigation in this Court unless either Plaintiff first obtains permission to proceed *pro se* or a licensed attorney who is admitted to practice before this Court signs the pleading. *See* Order Imposing Filing Restrictions at 2 (describing the steps Plaintiff must take to obtain permission to proceed *pro se*). Plaintiff filed the Complaint in this case without obtaining permission to proceed *pro se*. *See* Complaint, Doc. 1, filed April 10, 2024 ("Complaint"). The Complaint was not signed by a licensed attorney who is admitted to practice before this Court.

    United States Magistrate Judge Jerry H. Ritter ordered Plaintiff to either: (a) obtain permission to proceed *pro se* according to the steps described in the Order Imposing Filing Restrictions; or (b) have a licensed attorney who is admitted to practice before this Court sign the Complaint. *See* Order Regarding Filing Restrictions at 1. Judge Ritter also notified Plaintiff that "[f]ailure to timely comply with this Order may result in dismissal of this case" and ordered the Clerk to send a copy of the Order Imposing Filing Restrictions, which describes the steps Plaintiff

must take to obtain permission to proceed *pro se*, to Plaintiff.   Order Regarding filing Restrictions at 1-2.  Plaintiff did not seek permission to proceed *pro se* or have an attorney sign the Complaint by the May 14, 2024, deadline.

    **IT IS ORDERED** that this case is **DISMISSED without prejudice.**

_____
HON. DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE